UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
MICHAEL WATT,                           : 05 Civ. 8621 (DLC) (JCF)
                                        :
                Plaintiff,              :      O R D E R
                                        :
        - against -                     :
                                        :
JOHN SCHREIBER and                      :
JOHN SCHREIBER GROUP, INC.,             :
                                        :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

   Plaintiff having moved for entry of an amended consent judgment, it is hereby ORDERED as follows:

   1. Defendants shall answer the motion by September 15, 2009.

   2. Plaintiff shall reply by September 25, 2009.


                    SO ORDERED.

                    *(signature)*
                    JAMES C. FRANCIS IV
                    UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         August 25, 2009

Copies mailed this date:

Alan Effron, Esq.
Pelosi Wolf  Effron & Spates, LLP
233 Broadway, 22nd Floor
New York, New York 10279

Alison C. Gilbert, Esq.
Brauner Baron Rosenzweig & Klein, LLP
61 Broadway, 18th Floor
New York, New York 10006

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/09

1

John Schreiber
Participant Media
335 North Maple Drive, #245
Beverly Hills, CA 90210